IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANKLIN ARMORY HOLDINGS INC., et al.,** | : | CIVIL ACTION |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| **ROBERT JOSEPH GALLAGHER, et al.,** | : | |
| *Defendants*. | : | NO. 20-cv-05681 |

# O R D E R

**AND NOW**, this 16th day of April 2021, it is **ORDERED** that an on the record Initial Pretrial Conference (Rule 16) is scheduled for **Tuesday, June 8, 2021 at 9:00 a.m.** before the Hon. Chad F. Kenney, in a courtroom to be announced, 601 Market Street, Philadelphia, PA 19106.

It is furthered **ORDERED**:

1. The discovery period, regardless of any pending motion(s), begins with this Order and the parties shall exchange written discovery requests immediately;

2. The parties shall exchange the required initial disclosures under Fed. R. Civ. P. 26(a) on or before **June 1, 2021**;

3. After consultation with all counsel for all parties, Plaintiff's counsel shall complete and **file with the Clerk the required Report of the Rule 26(f) Meeting** incorporating, at a minimum, all the information required in this Court's form Rule 26(f) Report (found on the Court's website) **on or before June 3, 2021**;

4. The parties must serve on the other party the initial set of interrogatories and request for production within 10 days of this order, if not already done so.

5. Lead trial counsel is required to appear at the Rule 16 Conference. If lead counsel is absolutely unable to attend, the conference will be rescheduled;

6. Lead trial counsel must be prepared to speak on every subject, including settlement, liability, remedies, and damages and have authority from their clients to do so; and

7. Counsel are instructed to refer to Judge Kenney's Practices and Procedures which are found at: http://www.paed.uscourts.gov/judges-info/district-court-judges/chad_f_kenney.

                                                          **BY THE COURT:**

                                                          /s/ Chad F. Kenney
                                                          _____
                                                          **CHAD F. KENNEY, JUDGE**