IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANKLIN ARMORY HOLDINGS, INC., a Nevada Corporation; and FRANKLIN ARMORY, INC., a Nevada Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT JOSEPH GALLAGHER, an individual; and IN THE FIELD DEFENSE, a sole proprietorship,<br><br>Defendants. | CIVIL ACTION NO. 2:20-CV-5681 |

**JOINT STIPULATION FOR TIME TO FILE AMENDED PLEADINGS**

Plaintiffs, Franklin Armory Holdings, Inc. and Franklin Armory, Inc. (together, the "Plaintiffs"), and Defendants, Robert Joseph Gallagher and In The Field Defense, a sole proprietorship (n/k/a In The Field Defense LLC) (together, the "Defendants"), having completed a meet and confer on April 23, 2021 regarding Plaintiffs' intention to file a motion to dismiss Defendants' defamation and commercial disparagement counterclaims and a motion to strike certain affirmative defenses asserted in their Answer and Counterclaim (Doc. No. 14), it is hereby stipulated, by and between counsel for Plaintiffs and counsel for Defendants, that:

1. Defendants would file an Amended Answer and Amended Counterclaims on April 28, 2021.

2. Based on the Defendants' filing of an Amended Answer and Amended Counterclaims on April 28, 2021 (Doc. No. 17), Plaintiffs shall have until May 19, 2021 to answer, move to dismiss, move to strike or otherwise respond to the Amended Answer and Amended Counterclaims.

| | |
|---|---|
| ARMSTRONG TEASDALE LLP | ARCHER & GREINER, P.C. |
| By: */s/ Mark W. Halderman* | By: */s/ Trevor J. Cooney* |
| Mark W. Halderman, Esquire<br>2005 Market Street<br>29th Floor, One Commerce Square<br>Philadelphia, PA 19103<br>Telephone: (267) 780-2028<br>mhalderman@atllp.com | Trevor J. Cooney, Esquire<br>One Centennial Square<br>33 East Euclid Ave.<br>Haddonfield, NJ 08033<br>Telephone: (856) 795-2121<br>tcooney@archerlaw.com |
| Attorneys for Plaintiffs Franklin Armory Holdings, Inc. and Franklin Armory, Inc. | Attorneys for Robert Joseph Gallagher, an individual and In The Field Defense, a sole proprietorship (n/k/a In The Field Defense, LLC) |

HOPKINS & CARLEY

By: */s/ Jeffrey M. Ratinoff*

    Jeffrey M. Ratinoff, Esquire
    Christopher A. Hohn, Esquire
    The Letitia Building
    70 South First Street
    San Jose, California 95113
    Telephone: (408) 286-9800
    jratinoff@hopkinscarley.com
    chohn@hopkinscarley.com

    Attorneys for Plaintiffs Franklin Armory Holdings, Inc. and Franklin Armory, Inc.

APPROVED BY THE COURT:

By: _____
    Hon. Chad Kenney
    UNITED STATES DISTRICT JUDGE

842\3758074.2