IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANKLIN ARMORY HOLDINGS, INC.,** and **FRANKLIN ARMORY, INC.,** *Plaintiff,* | : : : : | **CIVIL ACTION** |
| v. | : : | No. 20-5681 |
| **ROBERT JOSEPH GALLAGHER,** and **IN THE FIELD DEFENSE,** *Defendants.* | : : : | |

## NOTICE

**AND NOW** this 13th day of August, 2021, upon receipt of an email from Defendant informing the Court that defense counsel intends to withdraw from this matter, the Court notifies defense counsel that any such motion must be filed by **August 24, 2021 at 12:00 p.m**. with proper service. In the interim, counsel must abide by the current scheduling order. The Court will forward the email from Defendant to defense counsel.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**