## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANKLIN ARMORY** | : | **CIVIL ACTION** |
| **HOLDINGS INC., et al.,** | : | |
| *Plaintiffs*, | : | |
| | : | |
| **v.** | : | |
| | : | |
| **ROBERT JOSEPH GALLAGHER, et al.,** | : | **NO.  20-cv-05681** |
| *Defendants*. | : | |

## NOTICE

**AND NOW**, this 19th day of August 2021, after review of the docket and the

Motion to Withdraw as Attorney (ECF No. 39), it is hereby **NOTICED** that

counsel is to certify service and receipt of service of the motion (ECF No. 39) on

their client by next **Friday, August 27, 2021**, on ECF.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**