IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANKLIN ARMORY** : | | **CIVIL ACTION** |
| **HOLDINGS INC., et al.,** : | | |
| *Plaintiffs*, : | | |
| : | | |
| v. : | | |
| : | | |
| **ROBERT JOSEPH GALLAGHER, et al.,**: | | **NO.  20-cv-05681** |
| *Defendants*. : | | |

### O R D E R

**AND NOW**, this 19th day of August 2021, upon review of the Motion to Withdraw as Counsel (ECF No. 39), it is hereby **ORDERED** that a **RULE** is directed upon defense counsel, Richard P. Gilly, Esquire, Trevor J. Cooney, Jr., Esquire and Kate A. Sherlock, Esquire to show cause and to explain how this Court is to proceed with pro se defendant in a complicated case of this nature. A portion of the hearing will be ex parte and only include defense counsel and client and the transcript will be sealed as to this portion and a portion of this Rule to Show Cause will be filed under seal as well. Counsel for the Plaintiff shall respond to the Motion within **seven days** and address the prejudice to it caused by the expected delays attendant to a withdrawal and of facing a pro se defendant in this type of case moving forward.  A longer version of this Rule will be filed under seal to be viewed by defense counsel only.

**The Rule to Show Cause Hearing is scheduled for Friday, October 1, 2021, at 11:00 a.m.  before the Hon. Chad F. Kenney, in Courtroom 6A, 601**

Market Street, Philadelphia, PA 19106.  There will be no stays or continuances to the agreed upon scheduling order until the court makes a determination on the motion to withdrawal.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**