IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANKLIN ARMORY HOLDINGS, INC., a Nevada Corporation; and FRANKLIN ARMORY, INC., a Nevada Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT JOSEPH GALLAGHER, an individual; and IN THE FIELD DEFENSE, a sole proprietorship,<br><br>Defendants. | CIVIL ACTION NO. 2:20-CV-5681 |

## ORDER

**AND NOW**, this 7th day of September, 2021, upon consideration of Plaintiffs' Motion for Leave to File A Sur-Reply In Opposition To The Motion Of Richard P. Gilly, Esq., Trevor J. Cooney, Jr., Esq. and Kate Sherlock, Esq. To Withdraw As Counsel Of Record For Defendants (ECF No. 50), and the supporting Memorandum, the Court finds that it is fair and in the interests of justice to grant leave to Plaintiffs to file the sur-reply attached to their Memorandum as Exhibit A. Accordingly, the Motion (ECF No. 50) is **GRANTED** and Plaintiffs are GRANTED LEAVE to file a sur-reply consistent with Exhibit A to Plaintiffs' Memorandum in Support of the Motion for Leave within five (5) business days of the entry of this Order .

BY THE COURT:

/s/ Chad F. Kenney
_____
Chad F. Kenney, J.