# EXHIBIT 7A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| FRANKLIN ARMORY HOLDINGS, INC., a Nevada Corporation; and FRANKLIN ARMORY, INC., a Nevada Corporation, | CIVIL ACTION NO. 2:20-CV-5681 |
|---|---|
| Plaintiffs, | |
| v. | |
| ROBERT JOSEPH GALLAGHER, an individual; and IN THE FIELD DEFENSE, a sole proprietorship, | |
| Defendants. | |

**PLAINTIFFS' IDENTIFICATION OF TERMS FOR CONSTRUCTION**

In accordance with the Court's Scheduling Order entered on July 9, 2021, Plaintiffs Franklin Armory Holdings, Inc. and Franklin Armory, Inc. (together, the "Plaintiffs") propose the following claim terms for construction:

**U.S. Patent No. 10,393,461**

| Term | Claim(s) |
|---|---|
| "first hammer hook" | 1, 7-16, 22-30 |
| "a disconnector assembly operably connected to the selector" | 1, 7-16, 22-30 |
| "a hammer retention facility configured to engage the second hammer hook" | 1, 7-16, 22-30 |

ARMSTRONG TEASDALE LLP


By: */s/ Mark W. Halderman*
    Mark W. Halderman, Esquire
    2005 Market Street
    29th Floor, One Commerce Square
    Philadelphia, PA 19103
    Telephone: (267) 780-2028
    mhalderman@atllp.com

    Attorney for Plaintiffs Franklin Armory
    Holdings, Inc. and Franklin Armory, Inc.


HOPKINS & CARLEY


By: */s/ Jeffrey M. Ratinoff*
    Jeffrey M. Ratinoff, Esquire
    Robert K. Jain, Esquire
    The Letitia Building
    70 South First Street
    San Jose, California 95113
    Telephone: (408) 286-9800
    jratinoff@hopkinscarley.com
    rjain@hopkinscarley.com

    Attorneys for Plaintiffs Franklin Armory
    Holdings, Inc. and Franklin Armory, Inc.