# EXHIBIT 1





# mSCORE

**HIGHLIGHTS**

Your mScore is based on a combination of Editorial Mentions, Reach, and Tonality

## Franklin Armory | Social scored the highest at 70

mSCORE - Sep 1, 2020 - Jul 31, 2021

- Franklin Armory | Social — ▲ 70
- fostech | Social — ▲ 61
- Double Tap Triggers — ▲ 55
- Boogie Hook — ▲ 36
- Digitrigger — ▲ 27



# SHARE OF VOICE BY VOLUME

**HIGHLIGHTS**

- Franklin Armory | Social had 2k more mentions than the next highest, fostech | Social
- The group had a total of 5k editorial mentions

## Franklin Armory | Social had the largest volume share with 7...

Share of Voice by Volume - Sep 1, 2020 - Jul 31, 2021



- Franklin Armory | Social — 3.5k — 70%
- fostech | Social — 1.4k — 29%
- Digitrigger — 28
- Double Tap Triggers — 16
- Boogie Hook — 11

▴26  ▾27

# TOP PUBLICATIONS

**Franklin Armory | Social**

### HIGHLIGHTS

- "Forums", "Twitter", and "Comments" accounted for 94% of the volume share among the 7 highest publications

## Forums mentioned Franklin Armory | Social the most

Top Publications by Volume - Sep 1, 2020 - Jul 31, 2021



| Publication | Volume |
|---|---|
| Forums | 2.4k |
| Twitter | 367 |
| Comments | 248 |
| Blogs | 163 |
| Instagram | 29 |
| Product Reviews | 8 |
| Facebook | 1 |

# TOP PUBLICATIONS

**fostech | Social**

### HIGHLIGHTS

- "Forums", "Twitter", and "Comments" accounted for 96% of the volume share among the 6 highest publications

## Forums mentioned fostech | Social the most

Top Publications by Volume - Sep 1, 2020 - Jul 31, 2021



| Publication | Volume |
|---|---|
| Forums | 857 |
| Twitter | 261 |
| Comments | 90 |
| Blogs | 51 |
| Product Reviews | 3 |
| Instagram | 2 |

# TOP PUBLICATIONS

## Boogie Hook

**HIGHLIGHTS**

- and "Forums" accounted for 100% of the volume share among the 1 highest publications

## Forums mentioned Boogie Hook the most

Top Publications by Volume - Sep 1, 2020 - Jul 31, 2021



Forums — 10

# TOP PUBLICATIONS

**Double Tap Triggers**

HIGHLIGHTS

- "Forums", "Blogs", and "Comments" accounted for 100% of the volume share among the 3 highest publications

## Forums mentioned Double Tap Triggers the most

Top Publications by Volume - Sep 1, 2020 - Jul 31, 2021

| Publication | Volume |
|---|---|
| Forums | 10 |
| Blogs | 5 |
| Comments | 1 |

# TOP PUBLICATIONS

**Digitrigger**

### HIGHLIGHTS

- "Forums", "Blogs", and "Comments" accounted for 100% of the volume share among the 3 highest publications

## Forums mentioned Digitrigger the most

Top Publications by Volume - Sep 1, 2020 - Jul 31, 2021

| Publication | Volume |
|---|---|
| Forums | 18 |
| Blogs | 2 |
| Comments | 2 |