IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANKLIN ARMORY HOLDINGS, INC.,** and **FRANKLIN ARMORY, INC.,** *Plaintiffs,* | : : : : | **CIVIL ACTION** |
| v. | : : | No. 20-5681 |
| **ROBERT JOSEPH GALLAGHER,** and **IN THE FIELD DEFENSE,** *Defendants.* | : : : : | |

## ORDER

**AND NOW,** this 24th day of September, 2021, upon consideration of Defendants' Motion to Withdraw (ECF No. 39), Plaintiffs' Response in Opposition (ECF No. 43), Defendants' Reply (ECF No. 49), and Plaintiffs' Surreply (ECF No. 52), it is hereby **ORDERED** that the Motion (ECF No. 43) is **DENIED** without prejudice to refiling upon the resolution of any and all appeals of the USPTO's rejection of the '461 Patent.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**