# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANKLIN ARMORY** | : | CIVIL ACTION |
| **HOLDINGS, INC. et al.,** | : | |
| *Plaintiffs,* | : | |
| | : | |
| v. | : | |
| | : | |
| **ROBERT JOSEPH GALLAGHER, et al.,** | : | |
| *Defendants.* | : | NO. 20-5681 |

# NOTICE

The Rule to Show Cause Hearing scheduled for Friday, October 1, 2021 at 11:00 a.m. (ECF No. 41) before the Hon. Chad F. Kenney, in Courtroom 6A, 601 Market Street, Philadelphia, PA 19106, is hereby **CANCELLED**.

9/27/2021                                                                                    /s/ Chad F. Kenney

**DATE**                                                                                    **CHAD F. KENNEY, JUDGE**