# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANKLIN ARMORY HOLDINGS, INC. a Nevada Corporation; and FRANKLIN ARMORY, INC., a Nevada Corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>ROBERT JOSEPH GALLAGHER, an individual; and IN THE FIELD DEFENSE, a sole proprietorship,<br><br>    Defendants. | CIVIL ACTION NO. 2:20-CV-5681 |

**MOTION OF RICHARD P. GILLY, ESQ., TREVOR J. COONEY, JR., ESQ., AND KATE A. SHERLOCK, ESQ. TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS PURSUANT TO LOCAL RULE 5.1(c)**

Richard P. Gilly, Esq., Trevor J. Cooney, Jr., Esq., and Kate A. Sherlock, Esq. of Archer & Greiner, P.C. (collectively "Counsel") submit this Motion to Withdraw pursuant Local Rule 5.1(c) for entry of an order permitting Counsel to withdraw as counsel of record for Defendants Robert Joseph Gallagher and In the Field Defense ("Defendants") in the above-captioned action, as further explained in Defendants' Memorandum of Law in Support of Defendants' Motion to Dismiss filed herewith.

2

        Respectfully submitted,

        ARCHER & GREINER
        A Professional Corporation


        */s/ Richard P. Gilly*
        Richard P. Gilly, Esq. (PA Bar ID 79469)
        Trevor J. Cooney, Esq. (PA Bar ID 86384)
        Kate A. Sherlock, Esq. (PA Bar ID 314633)
        Three Logan Square
        1717 Arch Street, Suite 3500
        Philadelphia, PA 19103
        Telephone: (215) 963-3300
        Facsimile:  (215) 963-9999
        rgilly@archerlaw.com
        *Attorneys for Defendants*
        *Robert Joseph Gallagher and In the Field Defense*

DATED:  April 4, 2022