## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANKLIN ARMORY HOLDINGS INC., et al,** | : : : : | CIVIL ACTION |
| *Plaintiffs,* | : : | |
| v. | : | No.   20-5681 |
| **ROBERT JOSEPH GALLAGHER, et al,** *Defendants.* | : : : | |

## ORDER

**AND NOW**, this **7th** day of **April 2022**, upon consideration of the Motion to Withdraw as Attorney of Record for Defendants filed by defense counsel (ECF No. 60), it is hereby **ORDERED** that the Motion is **DENIED** without prejudice to re-file once Mr. Gallagher completes his deployment. His counsel shall continue to communicate with him during their representation of him and inform the Court when the deployment is complete. Counsel for Defendants is instructed to inform their client of this decision within **three (3) days** of this Order.

Further, following review of the parties' Joint Status Report (ECF No. 59) and correspondence from Defendant Robert Joseph Gallagher (ECF No. 61), it is hereby **ORDERED** that the stay will continue until Mr. Gallagher completes his deployment. The Court will consider a motion to lift the stay and/or any other motions no earlier than **thirty (30) days** following Mr. Gallagher's return from deployment. The parties are encouraged to seek to reach an agreement resolving this case.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**